THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DIRK A. HORNE**                                                                                      **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-00655-KGB**

**LAFAYETTE WOODS, Sheriff,**
**W.C. Brassell County Detention Center,** *et al.*                                   **DEFENDANTS**

## <u>ORDER</u>

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 6). Plaintiff Dirk Horne has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court directs the Clerk's office to terminate Jimmy Hudson as a party to this action. Horne's amended complaint is dismissed without prejudice (Dkt. No. 5). The Court recommends that, in the future, this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). Also before the Court is Horne's motion for a status update (Dkt. No. 7). The Court grants Horne's motion for a status update and considers this Order a sufficient update (Dkt. No. 7). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this 12th day of February, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge